COMMONWEALTH of Pennsylvania,
Respondent

v.

Sarah J. DIXON, Petitioner

No. 23 WAL 2017

Supreme Court of Pennsylvania.

May 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

In the MATTER OF the Report and Return of Christine L. KRZYSIAK, Director of the Crawford County Tax Claim Bureau of the Public Sale of Lands and Properties, Advertised to be held the 25th day of September, 2015

Petition of: Denis Bubna

No. 13 WAL 2017

Supreme Court of Pennsylvania.

May 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

David T. DONES, Petitioner

No. 79 MAL 2017

Supreme Court of Pennsylvania.

May 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.